DESIREE WILLIAMS
419 Stoneford Ave
Oakland, CA 94603
In Pro Per

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO CALIFORNIA

DESIREE WILLIAMS ) Case No. CV 08 2027
      Plaintiff )
Vs. ) COMPLAINT TO QUIET
 ) TITLE TO
Rosie Parks, Estate of William M. Parks, deceased; ) REAL PROPERTY
and Does 1-100, )
Inclusive, )
      Defendant (s) )
_____/

E-filing

Plaintiff(s) alleges:

This court has jurisdiction over this proceeding for, Diversity of Citizenship, Federal question and the amount in controversy exceed $75,000.00. Defendant Rosie Parks resides in the State of Ohio. The Estate of William M Parks, deceased is in Ohio. The Federal question arises under the Bankruptcy Code administrative matters. My name is Desiree M. Williams, (hereafter Williams). I am the plaintiff in the above named case. I am the owner of the real property commonly described as 419 Stoneford Avenue, Oakland, California, legally description as:

LOT 92 AS SAID LOT IS SHOWN ON THE MAP OF THE TRACT 651, IN OAKLAND, ALAMEDA COUNTY, CALIFORNIA FILED, SEPTEMBER 18, 1942 IN THE BOOK 8 OF MAPS AT PAGES 72 T0 75, IN THE OFFICE OF THE COUNTY RECORDER OF ALAMEDA COUNTY. APN (ASSESSOR'S PARCEL NO.) 045-5305-007.

1. I claim ownership interest in the above describe property, by means of adverse possession, having met all the requirements for adverse possession.

2. For more than five years, I, Williams, have resided, open and notoriously, paid the taxes, and made improvements on the property commonly known as 419 Stoneford Ave Oakland, CA 94603.

3. I am informed and believe and thereon allege that William M. Park is deceased, and Rosia Parks, his spouse, survives him, and lives in Ohio.

4. Williams does not know the names of decedent's heirs and devises that are not represent by Rosia Parks, therefore designates these defendants herein as "the testate and intestate successors (hereafter 'successors') of William M. Park deceased, and to all persons claiming by through, or under, such decedent: (hereinafter referred to as the 'successor '), and each of them, claim some right, title, estate, lien, or interest in the hereinafter-described property adverse to plaintiff's title; and the claims, and each of them, constitute a cloud on plaintiff's title to that property.

5. All persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in this statement adverse to Williams interest in the property described herein adverse to Williams' title, or any cloud on Williams' title hereto hereinafter sometimes referred to as the 'the unknown' are unknown to plaintiff. These unknowns, and each of them claim some right, title, estate, lien, or interest in the hereinafter-described property adverse to plaintiff's title, and their claims, and each of them, constitute a cloud on Williams' title to that property.

6. Williams is ignorant of the true names and capacities of defendants sued herein as Unknown, and therefore use these defendants by such fictitious names as Unknown. Williams will amend this responsive pleading to allege their true names and capacities when ascertained. Williams is informed and believes and thereon alleges

2

that each of these fictitiously named defendants claim some right, title, estate, liens, or interest in the hereinafter described property adverse to Williams' title, and their claims, and each of them, constitute a cloud on Williams' title of that property.

7. Williams is the sole owner of the fee simple title of that certain real property described earlier

8. The basis of Williams's title is her actual, open, exclusive, hostile, and adverse possession of the above-described property for more than five years preceding the commencement of the action, and plaintiff's payment of all taxes assessed against the above-described property for the five years immediately preceding the commencement of the action.

9. Williams is informed and believes and thereon alleges that 'the successor' claims an interest adverse to Williams in the above-described property. Some of the unknown (specifically those additionally designed as unknown claim interests in the property adverse to Williams.

10. William is seeking to quiet title against the claims of successors and claims of unknown or uncertain or contingent.

8. Williams is the sole owner of the fee simple title of that certain real property described earlier

9. The basis of Williams' title is Williams' actual, open, exclusive, hostile, and adverse possession of the above-described property for more than five years preceding the commencement of the action, and plaintiff's payment of all taxes assessed against the above-described property for the five years immediately preceding the commencement of the action.

10. Williams is informed and believes and thereon alleges that 'the successor' claims an interest adverse to Williams in the above-described property. Some of the unknown (specifically those additionally designed as unknown claim interests in the property adverse to Williams).

11. William is seeking to quiet title against the claims of successors and claims of unknown or uncertain or contingent.

12. WHEREFORE, William's prays for:

13. For an order/judgment that Williams is the owner in fee simple of the property and that unknown, and 'successor ' have no interest in the property adverse to William

Date: 04/11/08

*(signature)*
DESIREE R. WILLIAMS
Real Party in Interest

VERIFICATION

I, Desiree R̶M̶. Williams, am the Real Party of Interest in this estate. I have read the foregoing and know the contents thereof. The matters, which are therein stated on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/11/08

s/
DESIREE R. WILLIAMS
Real Party in Interest