FILED

DESIREE WILLIAMS
419 Stoneford Ave
Oakland, CA 94603
In Pro Per

08 JUN 16 PM 2: 38

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO CALIFORNIA

| | |
|---|---|
| DESIREE WILLIAMS<br>　　　　Plaintiff<br>Vs.<br><br>Rosie Parks, Estate of William M. Parks, deceased;<br>and Does 1-100,<br>Inclusive,<br>　　　　Defendant (s) | ) Case No. CV 08-2027 JL<br>) MOTION APPLICATION FOR<br>) COURT APPOINTED<br>)　　COUNSEL<br>)<br>)<br>)<br>) |

1. Plaintiff, Desiree Williams, requests that the Court appoint counsel to represent her.

2. This action seeks relief under federal statutes protecting civil rights. This is not, however, an employment discrimination action brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. section 2000e et seq.

3. I have not previously requested nor has the Court previously granted leave to proceed in forma paupers.

4. I am requesting assistance, because I can not afford the services of an Attorney and I am in jeopardy of loosing my home.

5. Trustee Janina Elder's sought a motion or an Order authorizing the compromise of a controversy in a matter that effects the interest I have in property and I do not have the resources nor knowledge how to defend my interest.

6. My claim has merit  See below:

Summary of Merits of Claim

1

7. My name is Desiree M. Williams, (hereafter Williams). I am a Party of Interested in the above named case and in a related Bankruptcy Case No. 05-3279 DM7 in Re: NewOralean Stone filed in San Francisco, CA.

8. I am the owner of the real property commonly described as 419 Stoneford Avenue, Oakland, California, legally description as:

    LOT 92 AS SAID LOT IS SHOWN ON THE MAP OF THE TRACT 651, IN OAKLAND, ALAMEDA COUNTY, CALIFORNIA FILED, SEPTEMBER 18, 1942 IN THE BOOK 8 OF MAPS AT PAGES 72 T0 75, IN THE OFFICE OF THE COUNTY RECORDER OF ALAMEDA COUNTY. APN (ASSESSOR'S PARCEL NO.) 045-5305-007.

9. I claim ownership interest in the above describe property, by means of adverse possession, having met all the requirements for adverse possession.

10. As owner of said property, and person of Interest, I objected to the proposal of trustee,

    Janina Elder's, MOTION FOR AN ORDER AUTHORIZING THE COMPROMISE OF A CONTROVERSY and alleged as follows:

11. I am informed and believe that there is no controversy between the named individuals, for two of the parties have Judgments, (since Judgments exist there is no controversy ) and the relationship of Co-Debtor exist between the other parties.

12. Further, for more than five years, I, Williams, have resided, open and notoriously, paid the taxes, and made improvements on the property commonly known as 419 Stoneford Ave Oakland, CA 94603.

13. I am informed and believe and thereon allege that William W. Park is deceased, and Rosia Parks, his spouse, survives him, and lived at 1633 Philadelphia, Dayton, Ohio.

14. I, Dessie Williams, do not know the names of decedent's heirs and devises that are not represent by Rosia Parks, therefore denominates these defendants herein as "the testate and intestate successors (hereafter 'successors') of William M. Park deceased,

14. The history of the property is very complicated and the case is complicated I would need the assisting of an attorney to obtain clear title to the property.

15. I can not afford an attorney, and am requesting the court appoint one for me.

### FINANCIAL AFFIDAVIT.

16. My name is Desire Williams

17. My present address is 419 Stoneford Ave Oakland, CA 94603.

18. I am presently employed by Wareham Property Group, Emeryville, CA 94608

19. Weekly Earnings $400.00.

20. In the past twelve months I have received $25,000. I currently have not money in my checking or savings.

21. My ownership interest in real estate is the subject of this complaint.

22. I have not stocks, bonds, notes, or other valuable property, (excluding household items and clothing).

23. I owe other approximately $13, 500.00 My creditor is Kaiser Credit Union (auto Loan $13,500.00.

24. There is no person who depends upon me for support.

25. At the time of this application, I am a full time student, paying for all tuition costs including books and transportation, with no government assistance and no personal assistance as well. Upon graduation, I plan to attend graduate school.

26. I have spoke with attorneys about handling my case, including Legal Aid organizations. Legal Aid said if possible fees can be generated from case, they would not take.

27. I could find an attorney that would handle this type of case on contingency.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

4

28. If you answered YES, what language do you speak? _/_____

29. I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

30. I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b)(4) and (g).

31. I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

32. I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

33. I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

05/09/08
Date

_Judith Williams_ (signature)
Original Signature of Movant

Desiree Williams  419 Stoneford Ave. Oakland 94603
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05                                      5