## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:42-10:43 (01min)
Date: **July 23 , 2008**

Case No: **C08- 2027JL**

Case Name: **Desiree Williams v. Rosie Parks**

Plaintiff  Attorney(s): not present
Defendant Attorney(s): not present
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                    **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - not held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Off calendar.**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for days.
        [ ] Jury  [ ] Court

Notes:

cc: Venice, Kathleen,