**E-filing**

AO 240A (Rev. 12/03)

# UNITED STATES DISTRICT COURT

**Northern District of California**

FILED
JUL 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Desiree Williams,

        Plaintiff

    V.

Rosie Parks,

        Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: C-08-2027 JL

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

☐ The clerk is directed to file the complaint.

☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTERED  24th  day of  JULY  , 2008.

_James Larson_
James Larson

**JAMES LARSON**
**U.S. CHIEF MAGISTRATE JUDGE**
Chief Magistrate Judge