IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>ROSIE PARKS, ESTATE OF WILLIAM M. PARKS, DECEASED; and DOES 1-100, inclusive<br><br>    Defendant(s).<br>_____ / | No. C 08-02027 WHA<br><br>**NOTICE OF DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

Defendant filed a motion to dismiss plaintiff's complaint. Plaintiff's response was due on December 18, 2008, but a response has not been provided. Ordinarily, the Court would grant the motion, but the Court will provide plaintiff with more time. Plaintiff's response is now due by **DECEMBER 29, 2008**. Defendant's reply is due by **JANUARY 5, 2009**. The hearing is still set for **JANUARY 8, 2009 AT 8:00 A.M.** The Court reminds plaintiff that she did not appear for the case management conference, and her continued failure to appear will likely mean dismissal of her case on January 8.

**IT IS SO ORDERED.**

Dated: December 22, 2008

                                                  WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE