IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE WILLIAMS, | No. C 08-02027 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
| ROSIE PARKS, ESTATE OF WILLIAM M. PARKS, DECEASED; and DOES 1-100, inclusive | |
| Defendant. / | |

Plaintiff filed this action on April 18, 2008. The Court issued a notice scheduling a case management conference for December 11, 2008. Plaintiff failed to appear at her case management conference. On November 21, 2008, defendant Rosie M. Parks filed a motion to dismiss plaintiff's complaint. The motion was noticed for a January 8, 2008 hearing. Plaintiff's response to the motion was due on December 18, 2008, but a response was not provided by this deadline. On December 22, 2008, the Court issued a notice for plaintiff to respond to defendant's motion by December 29, 2008, and the Court reminded "plaintiff that she did not appear for the case management conference, and her continued failure to appear will likely mean dismissal." Plaintiff still has not filed a response to defendant's motion to dismiss.

Accordingly, this case is **DISMISSED** for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: January 2, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE